1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  MICHAEL BOONE,                              CASE NO. C21-1562JLR

11                    Plaintiff,                MINUTE ORDER

12         v.

13  JOHN ALLABEN,

14                    Defendant.

15      The following minute order is made by the direction of the court, the Honorable

16  James L. Robart:

17      Before the court is Plaintiff Michael Boone's opposition to Defendant John

18  Allaben's motion for summary judgment.  (MSJ Resp. (Dkt. # 28); *see* MSJ (Dkt. # 25).)

19  Mr. Boone's opposition brief refers to and quotes excerpts of the police body cam audio

20  recorded on the date of the altercation between Mr. Boone and Mr. Allaben that is the

21  basis of this matter.  (*See, e.g.*, MSJ Resp. at 3, 4, 10, 15.)  Mr. Boone, however, has not

22  filed a copy of that body cam audio with the court.  Rather, Mr. Boone has provided a

MINUTE ORDER - 1

link in John Rothschild's declaration to a Google drive that contains the body cam audio file. (*See* Rothschild Decl. (Dkt. # 31) ¶ 3.)

The court's local rules require parties to file with the Clerk copies of "all affidavits, declarations, photographic or other evidence presented in support of" a motion, opposition, or reply. *See* Local Rules W.D. Wash. LCR 7(b)(1)-(3). Accordingly, the court ORDERS Mr. Boone to file a copy of the body cam audio with the Clerk within five days of the filing date of this order.

Filed and entered this 15th day of March, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2