UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL BOONE, | CASE NO. C21-1562JLR |
| Plaintiff, | ORDER |
| v. | |
| JOHN ALLABEN, | |
| Defendant. | |

Before the court is Plaintiff Michael Boone's motion for reconsideration of the court's March 21, 2022 order granting Defendant John Allaben's motion for summary judgment and dismissing this matter with prejudice.  (MFR (Dkt. # 38); *see* 3/21/22 Order (Dkt. # 36).)  Pursuant to Local Civil Rule 7(h)(3), the court DIRECTS Mr. Allaben to respond to Mr. Boone's motion for reconsideration no later than Monday, April 11, 2022.  *See* Local Rules W.D. Wash. LCR 7(h)(3).  Mr. Allaben's responsive memorandum shall be no longer than six (6) pages in length and shall be limited to the issues discussed in Mr. Boone's motion for reconsideration—in particular, the

ORDER - 1

applicability of *Beltran-Serrano v. City of Tacoma*, 442 P.3d 608 (Wash. 2019), to the facts of this case. Mr. Boone's reply, if any, shall be filed by no later than Friday, April 15, 2022, and shall be no longer than three (3) pages in length. The court DIRECTS the Clerk to renote Mr. Boone's motion for reconsideration (Dkt. # 38) for April 15, 2022.

Dated this 29th day of March, 2022.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2