UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL BOONE,<br><br>                Plaintiff,<br><br>    v.<br><br>JOHN ALLABEN,<br><br>                Defendants. | NO. 2:21-cv-01562-JLR<br><br>ORDER OF DISMISSAL |

      Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice, Plaintiff is represented by John Rothschild. Defendant is represented by James Fick, Colleen Lovejoy and Brian Nadler of Schlemlein Fick & Franklin, PLLC.

      The parties agree and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above captioned case be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

      Accordingly, IT IS HEREBY ORDERED:

      1. The parties' Joint Stipulation of Dismissal With Prejudice, is GRANTED.

      2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned case is DISMISSED with prejudice, with each party to bear their own attorneys' fees and costs.

      IT IS SO ORDERED. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and close the file.

DATED this 8th day of December, 2022.

Honorable James L. Robart
United States District Judge

*Jointly Presented by:*

ATTORNEY AT LAW

 /s/ John Rothschild
John Rothschild, WSBA #10714
705 Second Ave., Ste. 1100
Seattle, WA 98104
P: 206-447-9301
E: JohnRothschild.wa@gmail.com
*Attorney for Plaintiff*

SCHLEMLEIN FICK & FRANKLIN, PLLC

 */s/ James G. Fick*
James G. Fick, WSBA #27873

 */s/ Colleen A. Lovejoy*
Colleen A. Lovejoy, WSBA #44386

 */s/ Brian C. Nadler*
Brian C. Nadler, WSBA #51199
SCHLEMLEIN FICK & FRANKLIN, PLLC
66 S. Hanford St, Suite 300
Seattle, WA  98134
P: 206-448-8100
F: 206-448-8514
E: jgf@soslaw.com
E: C.Lovejoy@soslaw.com
E: bcn@soslaw.com
Attorneys for Defendants

ORDER OF DISMISSAL - 2